296 U.S. 656
 56 S.Ct. 382
 80 L.Ed. 467
 Amelia ANDERSON et al., petitioners,
v.
ST. LOUIS COKE & IRON CORPORATION et al.*
 No. 608.
 Supreme Court of the United States
 January 6, 1936
 
 Mr. Ford W. Thompson, of St. Louis, Mo., for petitioners.
 
 
 1
 For opinion below, see 79 F.(2d) 336.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.
 
 
 
 *
 Rehearing denied 297 U. S. 727, 56 S. Ct. 496, 80 L. Ed. 1010.